IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., § | | |
| § | | |
| Plaintiff, § | CIVIL ACTION NO. 6:07CV80 (LED) | |
| § | | |
| v. § | JURY TRIAL | |
| § | | |
| MICROSOFT CORPORATION, § | | |
| § | | |
| Defendant. § | | |
| § | | |

## MICROSOFT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR INVALIDITY CONTENTIONS

Defendant Microsoft Corporation ("Microsoft") moves that the Court grant this unopposed motion.

Microsoft requests that the Court modify the Docket Control Order deadlines for Microsoft to comply with P.R. 3-3 and 3-4(b). Microsoft requests that the deadline for Microsoft to provide Invalidity Contentions (currently due November 30, 2007) be extended until December 20, 2007. Microsoft further requests that the deadline for Microsoft to provide its P.R. 3-4(b) document production (currently due November 30, 2007) be extended such that Microsoft shall begin its P.R. 3-4(b) production on November 30, 2007, ending on December 20, 2007 (without prejudice to Microsoft's right to move for leave to amend its Invalidity Contentions based on additional prior art). A Proposed Order is attached to this motion.

Plaintiff VirnetX, Inc. does not oppose this request.

2

Dated: November 16, 2007.                    Respectfully submitted,

                                               */s/ Thomas B. King*
David J. Healey
State Bar No. 09327980)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
713-546-5000 (Telephone)
713-224-9511 (Facsimile)
Email: david.healey@weil.com

Jared Bobrow
Steven C. Carlson
Thomas B. King
L. Okey Onyejekwe Jr.
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3000 (Telephone)
650-802-3100 (Facsimile)

Eric H. Findlay
State Bar No. 00789886
RAMEY & FLOCK
100 East Ferguson, Suite 500
Tyler, Texas 75702
903-597-3301(Telephone)
903-597-2413(Facsimile)

Attorneys For Defendant
MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 16, 2007, a true and correct copy of the foregoing document was sent to all counsel of record via the Court electronic filing system.

                                                             /s/ Thomas B. King

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:07CV80 (LED) |
| | § | |
| v. | § | JURY TRIAL |
| | § | |
| MICROSOFT CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## **ORDER**

The Court, having considered Microsoft's Unopposed Motion To Extend Deadline For Invalidity Contentions, concludes that the motion is well taken and should be GRANTED.

Accordingly, it is ORDERED that Microsoft's P.R. 3-3 Invalidity Contentions shall be due on December 20, 2007. It is further ORDERED that Microsoft shall roll out its P.R. 3-4(b) prior art production starting on November 30, 2007 and ending on December 20, 2007 (without prejudice to Microsoft's right to move for leave to amend its Invalidity Contentions with additional prior art).