IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:07CV80 (LED) |
| v. | § § | JURY TRIAL |
| MICROSOFT CORPORATION, | § § § | |
| Defendant. | § § | |

## DEFENDANT MICROSOFT CORPORATION'S NOTICE OF INVALIDITY CONTENTIONS PURSUANT TO P.R. 3-3

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that on December 20, 2007 Defendant Microsoft Corporation served its invalidity contentions pursuant to the Rules of Practice for Patent Cases before the Eastern District of Texas, P.R. 3-3, on Counsel for Plaintiff VirnetX Corporation via email transmission and First Class Mail.

Dated: December 21, 2007.                    Respectfully submitted,

　/s/
David J. Healey
Attorney-in-Charge
State Bar No. 09327980
Benjamin Elaqua
WEIL GOTSHAL & MANGES, LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
713-546-5000 (Telephone)
713-224-9511 (Facsimile)
david.healey@weil.com

Jared Bobrow
Steven Carlson
Thomas King
Okey Onyejekwe
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3000 (Telephone)
650-802-3100 (Facsimile)

Timothy E. DeMasi
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000 (Telephone)
212-310-8007 (Facsimile)
**ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this the 21st day of December, 2007.

                                        /s/ Libia A. Busalacchi
                                        Libia A. Busalacchi