IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **VIRNETX INC.**<br><br>                Plaintiff,<br><br>  v.<br><br>**MICROSOFT CORPORATION**<br><br>                Defendant. | Civil Action No: 6:07CV80 (LED)<br><br>**JURY DEMANDED** |

### UNOPPOSED MOTION BY McDERMOTT WILL & EMERY LLP TO WITHDRAW AS COUNSEL FOR VIRNETX INC.

Fay E. Morisseau, Vera M. Elson, David M. Beckwith, Daniel R. Foster, Christopher D. Bright, Jeffery R. Gargano, Hong Lin, Robin L. Phillips, Tiffany Scurry and the law firm of McDermott Will & Emery LLP (collectively "McDermott") hereby respectfully request leave to Withdraw as Attorneys of Record for Plaintiff VirnetX, Inc. ("VirnetX").

### MOTION

VirnetX has engaged McKool Smith to serve as lead counsel in this matter and to replace McDermott. Accordingly, and with VirnetX's consent, McDermott and its attorneys seek leave to withdraw as attorneys of record for Plaintiff VirnetX. McDermott's withdrawal will not delay the trial of this matter or any other deadlines ordered by the Court. Microsoft does not oppose this Motion.

For the foregoing reasons, McDermott respectfully requests that the Court permit it to withdraw as counsel of record for VirnetX.  A proposed order is submitted herewith.

Dated:  July 6, 2009 Respectfully submitted,

By: /s/   Fay E. Morisseau_____
Fay E. Morisseau (Texas Bar No. 14460750)
Christopher D. Bright (Pro Hac Vice)
Daniel R. Foster (Pro Hac Vice)
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, California 92612-7108
Telephone:  949.851.0633
Facsimile:  949.851.9348
E-mail:  cbright@mwe.com
E-mail:  dfoster@mwe.com

Vera M. Elson (*Pro Hac Vice*)
Hong Lin (*Pro Hac Vice*)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:  650.815.7400
Facsimile:  650.815.7401
E-mail:  velson@mwe.com

David M. Beckwith (*Pro Hac Vice*)
Robin L. Philips (*Pro Hac Vice*)
McDERMOTT WILL & EMERY LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130-2047
Telephone:  858.643.1400
Facsimile:  858.597.1585
E-mail:  dbeckwith@mwe.com
E-mail:  rlphillips@mwe.com

ATTORNEYS FOR PLAINTIFF
VirnetX Inc.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 6, 2009. Any other counsel of records will be served by U.S. mail on the same date.

                                         /s/ Fay E. Morisseau
                                         Fay E. Morisseau

MPK 154428-2.077580.0011