IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VirnetX Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:07-CV-80-LED |
| vs. | § | |
| | § | |
| Microsoft Corporation, | § | |
| | § | |
| Defendant. | § | |

**JOINT NOTICE REGARDING MOTIONS *IN LIMINE*__**

VirnetX Inc. and Microsoft Corp. ("the Parties") hereby advise the Court that the Parties have met and conferred regarding the motions *in limine*. The Parties filed joint stipulations with the Court on February 8, 2010 (Dkt. No. 302) and on February 11, 2010 (Dkt. No. 315) advising the Court which motions *in limine* were agreed. The remaining motions *in limine*, nos. 1-19 in VirnetX's Motions *in Limine* (Dkt. No. 310) and nos. 1-2 and 4-16 in Microsoft's Omnibus Motions *in Limine* (Dkt. No. 305) need to be addressed by the Court.

DATED:  February 17, 2010

Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Douglas A. Cawley
Douglas A. Cawley, Lead Attorney
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas State Bar No. 19196650
E-mail: tstevenson@mckoolsmith.com
Luke F. McLeroy
Texas State Bar No. 24041455
E-mail: lmcleroy@mckoolsmith.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@mckoolsmith.com
J. Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@mckoolsmith.com
**MCKOOL SMITH P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam F. Baxter
Texas State Bar No. 01938000
E-mail: sbaxter@mckoolsmith.com
**MCKOOL SMITH P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Otis W. Carroll
Texas State Bar No. 03895700
Deborah Race
Texas State Bar No. 16448700
**IRELAND, CARROLL & KELLEY**
6101 South Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
E-mail: Fedserv@icklaw.com

Robert M. Parker
Texas State Bar No. 15498000

**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
E-mail: rmparker@pbatyler.com


**ATTORNEYS FOR PLAINTIFF VIRNETX, INC.**

DATED:  February 17, 2010

/s/  Matthew D. Powers
Matthew D. Powers, Lead Attorney
Jared Bobrow (*Pro Hac Vice*)
Paul Ehrlich *(Pro Hac Vice)*
Thomas B. King *(Pro Hac Vice)*
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3000 (Telephone)
650-802-3100 (Facsimile)
jared.bobrow@weil.com
matthew.powers@weil.com
paul.ehrlich@weil.com
thomas.king@weil.com

Elizabeth Stotland Weiswasser *(Pro Hac Vice)*
Timothy E. DeMasi *(Pro Hac Vice)*
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
212-310-8735 (Telephone)
212-310-8007 (Facsimile)
elizabeth.weiswasser@weil.com
tim.demasi@weil.com

Amber Rovner (SBN: 09223750)
Daniel Booth (SBN: 24055196)
**WEIL, GOTSHAL & MANGES LLP**
700 Louisiana, Suite 1600
Houston, TX 77002
713-546-5000 (Telephone)
713-224-9511 (Facsimile)
amber.rovner@weil.com
daniel.booth@weil.com

Eric H. Findlay (SBN: 00789886)
**FINDLAY CRAFT, LLP**
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
903-534-1100 (Telephone)
903-534-1137 (Facsimile)
efindlay@findlaycraft.com

Richard Sayles (SBN: 17697500)
**SAYLES WERBNER, LLP**
1201 Elm Street, 44th Floor
Dallas, TX 75270

        214-939-8700 (Telephone)
        214-939-8787 (Facsimile)
        dsayles@swtriallaw.com

        Matthew D McGill (*Pro Hac Vice*)
        **GIBSON DUNN & CRUTCHER**
        1050 Connecticut Avenue NW
        Washington , DC 20036-5306
        202-887-3680 (Telephone)
        202-530-9662 (Facsimile)
        mmcgill@gibsondunn.com

        **ATTORNEYS FOR DEFENDANT**
        **MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing document via the Court's CM/ECF system pursuant to the Court's Local Rules this 17th day of February, 2010.

                                                               /s/ Luke F. McLeroy