IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX, INC.** | § § § | |
| Plaintiff | § § | |
| vs. | § § | CASE NO.  6:07 CV 80 |
| **MICROSOFT CORPORATION** | § § § | PATENT CASE |
| Defendant | § § § | |

**ORDER**

As stated at the hearing on March 1, 2010, the Court **GRANTS** VirnetX Inc.'s Motions in Limine (Docket No. 310) as to matters 7 and 16.

The Court further **DENIES** Microsoft's Omnibus Motions in Limine and to Exclude (Docket No. 305) as to matters 1, 5, 6, 8–12, and 14.

**So ORDERED and SIGNED this 3rd day of March, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**