**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **VIRNETX, INC.** § | |
| § | |
| **Plaintiff** § | |
| § | |
| vs. § | **CASE NO.  6:07 CV 80** |
| § | **PATENT CASE** |
| **MICROSOFT CORPORATION** § | |
| § | |
| **Defendant** § | |
| § | |

**ORDER**

Microsoft's Opposition to VirnetX's Motion for Entry of Judgment on Jury Verdict and Request for Enhanced Damages and Attorneys' Fees (Docket No. 416), Microsoft's Opposition to VirnetX's Motion to Post-Verdict Damages to the Time of Judgment, Pre-Judgment Interest, and Post-Judgment Interest (Docket No. 418), Microsoft's Opposition to VirnetX's Motion for Permanent Injunction or, in the Alternative, an Ongoing Royalty (Docket No. 419), and Microsoft's Motion to Stay Injunctive Relief (Docket No. 421) failed to comply with the Local Rules for the Eastern District of Texas by not being fully double spaced.  To be clear, all filings in this Court shall be in 12-point, double-spaced, Times New Roman font with no less than 1 inch margins and otherwise conform to the page limits set by the Local Rules or as specifically ordered by this Court.

The Court **STRIKES** Docket Nos. 416, 418, 419, and 421 and **GRANTS** leave to refile the documents within one business day.  For all future filings, the Court **ORDERS** the parties to strictly comply with the Local Rules for the Eastern District of Texas, particularly Local Rule CV-10 governing the form of pleadings.

**So ORDERED and SIGNED this 29th day of April, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**